UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RICHARD OSUNA,

               Plaintiff,

-against-                                     **STIPULATION**
                                                CV 08-4759

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT,
NEW YORK CITY POLICE OFFICER
CHRISTOPHER JACOBELLIS, 13th Precinct,
NEW YORK CITY POLICE OFFICER
HOLIHAN, 13TH PRECINCT,
THE BELMONT LOUNGE
SERGIO ALARCON, as employee of Defendant
BELMONT LOUNGE,
SERGIO ALARCON, individually,

               Defendant(s).
---------------------------------------------------------X

IT IS HEREBY STIPULATED and agreed by and between the attorneys for a three week extension of any amendment of the complaint to the date of September 12, 2008. No other deadline dates ordered pursuant to the Initial Conference of July 22, 2008 are affected by the instant Stipulation.

Dated: August 22, 2008
New York, NY


_____
VICTOR M. BROWN
(VB-5289)
Attorney for Plaintiff
11 Park Place, Suite 600
New York, NY 10007
(212) 227-7373


_____
Corporation Counsel for the
City of New York
By: Benjamin E. Stockman
Assistant Corporation Counsel
(BS-2233)
100 Church Street

New York, NY 10007
(Via ECF and First Class Mail)

_____
J. ROBERTO CARDENAS, ESQ.
(JC-2576)
Attorney for Defendants
Belmont Lounge and Sergio Alarcon
119 West 57th Street, Suite 1215
New York, NY 10019
(Via ECF and First Class Mail)

| | |
|---|---|
| Filename: | Osuna Amendment Stipulation |
| Directory: | C:\Documents and Settings\Victor M. Brown\My Documents |
| Template: | C:\Documents and Settings\Victor M. Brown\Application Data\Microsoft\Templates\Normal.dot |
| Title: | UNITED STATES DISTRICT COURT |
| Subject: | |
| Author: | Victor Brown |
| Keywords: | |
| Comments: | |
| Creation Date: | 8/22/2008 3:44:00 PM |
| Change Number: | 1 |
| Last Saved On: | 8/22/2008 4:14:00 PM |
| Last Saved By: | Victor Brown |
| Total Editing Time: | 30 Minutes |
| Last Printed On: | 8/22/2008 4:15:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 2 |
|    Number of Words: | 202 (approx.) |
|    Number of Characters: | 1,227 (approx.) |